UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MURAD LADAK,

     Petitioner,

v.                                                              No. 1:25-CV-194-H

KRISTI NOEM, et al.,

     Respondents.

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court are the petitioner's habeas petition and motion for a temporary restraining order or preliminary injunction (Dkt. Nos. 1; 2). The Court finds good cause to give the respondents 18 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted and respond to the petitioner's motion for a temporary restraining order or preliminary injunction by no later than October 17, 2025. The petitioner may file a reply to the respondents' answer and temporary-restraining-order or preliminary-injunction response by no later than October 31, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on September 30, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's motion for a temporary restraining order or preliminary injunction (Dkt. No. 2) or the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the

respondents will give the petitioner's counsel prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition (Dkt. No. 1), the exhibits in support of the petition (Dkt. Nos. 1-1 and 1-2), and the motion for a temporary restraining order or preliminary injunction (Dkt. No. 2) shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 8:00 a.m. CT on September 30, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on September 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE