UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MURAD LADAK,

    Petitioner,

v.

                                                                    No. 1:25-CV-194-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER

Before the Court is Murad Ladak's petition for a writ of habeas corpus. Dkt. No. 1. The parties dispute whether ICE will remove Ladak to his native Pakistan or else to El Salvador. *Compare* Dkt. No. 2 at 14, *with* Dkt. No. 8 at 19. The respondents state that, "[u]ntil and unless" Pakistan declines to accept Ladak into their country, "there are no plans for third country removal." Dkt. No. 8 at 19. However, the respondents do not clarify whether such plans are imminent if they cannot remove Ladak to Pakistan and fail to respond to his third-country removal claims.

The Court therefore orders the respondents to file a response, no later than November 21, 2025, addressing the following: (1) whether the respondents will seek to remove Ladak to a third country if Pakistan declines Ladak's travel documents; (2) if there is no significant likelihood of removal to Pakistan, whether Ladak's third-country-removal claims are ripe; and (3) the merits of Ladak's third-country-removal claims. Ladak may file a reply to the response no later than December 5, 2025.

So ordered on November 7, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE