UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MURAD LADAK,

    Petitioner,

v.                                                  No. 1:25-CV-194-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER

    Before the Court is Murad Ladak's reply (Dkt. No. 14), in which he states that, on December 3, 2025, ICE informed him that Pakistan denied his travel document application. Dkt. Nos. 14 at 2; 14-1 at 3. In prior briefing, the respondents have been ambiguous about their removal plans should removal efforts to Pakistan fail. At different times the respondents and ICE officials have indicated that they intend to release Ladak on another order of supervision (Dkt. No. 9 at 26–27), that they will "consider" third-country removal (Dkt. No. 13 at 5), and that they "will" pursue third-country removal (Dkt. No. 12 at 1).

    The Court orders the respondents to file a brief no later than 5:00 P.M. on December 10, 2025 indicating whether ICE is pursuing third-country removal and, if so, what steps ICE has taken or will take to facilitate Ladak's removal to a third-country. Ladak may file a response to the brief no later than December 17, 2025.

    So ordered on December 8, 2025.

                                                                        JAMES WESLEY HENDRIX
                                                                        UNITED STATES DISTRICT JUDGE