UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MURAD LADAK,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | No. 1:25-CV-194-H |

# JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 17), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is dismissed with prejudice. The petitioner's motion for a temporary restraining order and preliminary injunction (Dkt. No. 2) is denied as moot.

The Clerk of the Court is directed to close the case.

So ordered on December 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE